UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMIGDIO RIOS-AREVALO,

        Petitioner,

v.

LOWELL CLARK, et al.,

        Respondents.

Case No. C14-1325-RSM

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.
2. Respondents' motion to dismiss, Dkt. 14, is GRANTED.
3. Petitioner's habeas petition, Dkt. 1, is DENIED as moot, and the action DISMISSED without prejudice.
4. The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

DATED this 20 day of January 2015.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1